# Order

**Lansing, Michigan**

June 3, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153008(46)

TERIDEE LLC, JOHN F. KOETJE TRUST,
and DELIA KOETJE TRUST,
   Plaintiffs-Appellees,

v

            SC: 153008
            COA: 324022
HARING CHARTER TOWNSHIP and   Wexford CC: 2013-024803-CH
CLAM LAKE TOWNSHIP,
   Defendants-Appellants.

_____/

On order of the Court, the motion for stay is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2016



s0531                Clerk